UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EISSA JABER,

    Plaintiff,

v.                                      Case No. 13-12199

AMERICAN STEAMSHIP COMPANY,

    Defendants.
                                           /

## AMENDED ORDER EXTENDING DATES AND SETTING A TELEPHONE CONFERENCE

On May 6, 2014, the court conducted a telephone conference with counsel in the above-captioned matter. Counsel informed the court that, despite diligent efforts to timely complete discovery, an extension of time is necessary to conclude all discovery. The court accepts that counsel has been working cooperatively and will continue to do so. Accordingly,,

IT IS ORDERED that all dates in the July 1, 2013 "Scheduling Order" [Dkt. # 7] are EXTENDED, and discovery shall conclude by **September 15, 2014**. The court will conduct a telephone conference on **September 16, 2014, at 11:00 a.m.** The court will initiate the call, and expects to hear the parties' joint plan for expedient case resolution. NO FURTHER EXTENSIONS WILL BE GRANTED.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 9, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 9, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522